IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CURTIS AMELIO HARDY,

   Plaintiff,

v.            CIVIL ACTION NO.: CV212-208

Corrections Officer BRAADY, and
CAMDEN COUNTY SHERIFF'S
DEPARTMENT,

   Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Camden County Sheriff's Department are **DISMISSED**.

**SO ORDERED**, this 5 day of March, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)